— THIS FORM MUST BE KEPT CONFIDENTIAL —   982(a)(17)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

NAME OF COURT: Southern District Court
STREET ADDRESS: Clerk of U.S. District Court
MAILING ADDRESS: 880 Front Street
CITY AND ZIP CODE: San Diego Ca 92101
BRANCH NAME: United State District Court

PLAINTIFF/PETITIONER: James Morris Jackson
DEFENDANT/RESPONDENT:

FOR COURT USE ONLY

**FILED**
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 1484 H BLM

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓   Pro Se ___

APPLICATION FOR
WAIVER OF COURT FEES AND COSTS

CASE NUMBER:

I request a court order so that I do not have to pay court fees and costs.
1. a. ☒ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):
New Folsom, Sacramento P.O. Box 290066
Represa CA 95671

3. a. My occupation, employer, and employer's address are (specify):  Self employed painter
   b. My spouse's occupation, employer, and employer's address are (specify):
Divorce

4. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs   N/A
   b. ☐ CalWORKs: California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. ☐ Food Stamps: The Food Stamp Program   N/A
   d. ☐ County Relief, General Relief (G.R.), or General Assistance (G.A.)   NO

5. If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.
   a. ☐ (Optional) My Medi-Cal number is (specify):
   b. ☐ (Optional) My social security number is (specify):
   554 - 06 - 7838   and my date of birth is (specify): 11-29-66 San Diego
   [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. ☐ I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
   [See Form 982(a)(17)(A) Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]
6. ☒ My total gross monthly household income is less than the amount shown on the Information Sheet on Waiver of Court Fees and Costs available from the clerk's office.   Not Working
[If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]   No Money
7. N/A ☐ My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.
Date: 8/10/2008
James Morris Jackson               ▶ *(signature)* James Morris Jackson
(TYPE OR PRINT NAME)   (Financial information on reverse)   (SIGNATURE)

Form Adopted for Mandatory Use   APPLICATION FOR WAIVER OF COURT FEES AND COSTS   Government Code,
Judicial Council of California         (In Forma Pauperis)                      § 68511.3
982(a)(17) [Rev. January 1, 2001]

| PLAINTIFF/PETITIONER: | JAMES MORRIS JACKSON | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. (If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.)

**NO MONEY**

9. MY MONTHLY INCOME
   a. My gross monthly pay is: .............. $ _____
   b. My payroll deductions are (specify purpose and amount):
      (1) _____ $ _____
      (2) _____ $ _____   **N/A**
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is: $ _____
   c. My monthly take-home pay is (a. minus b.): ................. $ _____
   d. Other money I get each month is (specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):
      (1) _____ $ _____
      (2) _____ $ _____   **N/A**
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ _____
      (If more space is needed, attach page labeled Attachment 9d.)
   e. MY TOTAL MONTHLY INCOME IS (c. plus d.): ..................... $ **N/A**
   f. Number of persons living in my home: _____
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

   | Name | Age | Relationship | Gross Monthly Income |
   |---|---|---|---|
   | (1) | | | $ |
   | (2) | | | $ |
   | (3) | | **N/A** | $ |
   | (4) | | | $ |
   | (5) | | | $ |

   The TOTAL amount of other money is: $ _____
   (If more space is needed, attach page labeled Attachment 9f.)
   g. MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS (a. plus d. plus f.): ................ $ _____

10. I own or have an interest in the following property:
    a. Cash ........................ $ _____
    b. Checking, savings, and credit union accounts (list banks):
       (1) _____ $ _____
       (2) _____ $ _____   **N/A**
       (3) _____ $ _____
       (4) _____ $ _____
    c. Cars, other vehicles, and boats (list make, year, fair market value (FMV), and loan balance of each):

    | Property | FMV | Loan Balance |
    |---|---|---|
    | (1) | $ | $ |
    | (2) | $ **N/A** | $ |
    | (3) | $ | $ |

    d. Real estate (list address, estimated fair market value (FMV), and loan balance of each property):

    | Property | FMV | Loan Balance |
    |---|---|---|
    | (1) | $ | $ |
    | (2) | $ **N/A** | $ |
    | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. (list separately): $ _____

11. My monthly expenses not already listed in item 9b above are the following:
    a. Rent or house payment & maintenance $ _____
    b. Food and household supplies ......... $ _____
    c. Utilities and telephone ............. $ _____
    d. Clothing ........................... $ _____
    e. Laundry and cleaning ............... $ _____
    f. Medical and dental payments ........ $ _____
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ................. $ **N/A**
    i. Child, spousal support (prior marriage) $ _____
    j. Transportation and auto expenses (insurance, gas, repair) .............. $ _____
    k. Installment payments (specify purpose and amount):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       The TOTAL amount of monthly installment payments is: ............ $ _____
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ _____
    m. Other expenses (specify):
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ **N/A**
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly expenses is: ...................... $ _____
    n. MY TOTAL MONTHLY EXPENSES ARE (add a. through m.): ................ $ _____

12. Other facts that support this application are (describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12):

---

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

982(a)(17) [Rev. January 1, 2001]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(In Forma Pauperis)

Page two

982(a)(18)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:        FAX NO.: | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

~~SUPERIOR~~ COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: **Southern District Court**
MAILING ADDRESS: **880 Front Street, Room 4290**
CITY AND ZIP CODE: **San Diego**
BRANCH NAME: **United States District Court**

PLAINTIFF/PETITIONER: **James Morris Jackson**

DEFENDANT/RESPONDENT:

CASE NUMBER:

### ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on (date):   ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is granted  ☐ in whole  ☐ in part (complete item 4 below).
   Payment of all the fees and costs listed in California Rules of Court, rule 985(i), is waived.
   a. ☐ No payments. Payment of all the fees and costs listed in California Rules of Court, rule 985(i), is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 985(i), EXCEPT the following:
      (1) ☐ Filing papers.                (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.    (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification. (8) ☐ Telephone appearance (Gov. Code, § 68070.1(c))
      (4) ☐ Transmittal of papers.        (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      * Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. Method of payment. The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):        percent.  (2) ☐ Pay: $        per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      | Date: | Time: | Dept.: | Div.: | Room: |
      |---|---|---|---|---|
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.
4. ☐ IT IS ORDERED that the application is denied ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rule 985):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form 982(a)(17)(A)).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      | Date: | Time: | Dept.: | Div.: | Room: |
      |---|---|---|---|---|
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE:** If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:

☐ _____     ☐ Clerk, by _____, Deputy
      JUDICIAL OFFICER           (Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rules of Court, rule 985(d))     Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
982(a)(18) [Rev. January 1, 2003]

ORDER ON APPLICATION FOR WAIVER OF
COURT FEES AND COSTS (In Forma Pauperis)

Government Code, § 68511.3
Cal. Rules of Court, rule 985

| PLAINTIFF/PETITIONER (Name): JAMES MORRIS JACKSON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): | |

4b ☐ Application is denied in whole or in part (specify reasons):

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at (place): _____, California,
on (date):

Clerk, by _____, Deputy

### CLERK'S CERTIFICATE

(SEAL)

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____ Clerk, by _____, Deputy

982(a)(18) [Rev. January 1, 2003]     ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (In Forma Pauperis)     Page 2 of 2

```
NAME, ADDRESS AND
TELEPHONE NUMBER OF ATTORNEY(S)
OR APPELLANT IF NO ATTORNEY

ATTORNEY(S) FOR _____
          UNITED STATES ~~COURT OF APPEALS~~  DISTRICT COURT
                FOR THE ~~NINTH CIRCUIT~~
          US Courthouse
```

Plaintiff  JAMES MORRIS JACKSON   Case Number

V.

Defendant  Stehen Kight

MOTION, AFFIDAVIT and
ORDER RE APPEAL IN FORMA
PAUPERIS (28 USC Sec. 753(f); Sec. 1915)

**Motion and Affidavit**

The undersigned JAMES MORRIS JACKSON part in within action, moves the action. moves the Court under 28 USC Section 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on proposed appeal are the following:
   a. Apointment of counsel
   b. Need Assistance of court Attorney
   c. Need case Look At.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefore. I swear that the following responses are true.

   a. Are you presently employed?  No

   (1) If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.  N/A

b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? __NO. CANTEEN__

If the answer is yes, describe each source of income and state the amount received form each during the past twelve months.

_____

c. Are you presently employed in prison? Yes _____ No __✓__
If yes, state number of hours you work per week and the hourly rate of pay? __N/A__

_____

d. Do you own any cash or do you have money in a checking or savings account? __NO__

__No Money__

If the answer is yes, state the amount in each account separately as of six (6) months prior to the date of this affidavit. __No Money__

_____

e. Do you own any real estate, stocks bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __N/A__

f. In what year did you last file an income tax return? __N/A__

g. Approximately how much income did your last tax return reflect? __N/A__

h. List the persons who are dependent upon you for support and state your relationship to those persons. __No one__

_____

_____

i. State monthly expenses, itemizing the major items. __No expenses__

_____

*James Morris Jackson*
Signature of Party

I declare under penalty of perjury that the foregoing is true and correct. *James Morris Jackson*

_____

Signature of Attorney ( Disregard if filed in properia persona)

## ORDER

( The check mark in the appropriate box indicates the Order made)

( ) THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS DENIED. The court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915 (a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

Dated: _____     _____
                                    U.S. NINTH CIRCUIT JUSTICE

( ) THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS GRANTED. It appears to the Court that the proposed appeal is taken in good faith within the meaning o 28 U.S.C. 1915 (a). The court cerifies that the proposed appeal is not frivolous, that it presents a substantial question, and that transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 735 (f). The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor. The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised to borrow a copy for his use from the Clerk of the Court of Appeals. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915 (b) and 753(f).

The Clerk is directed to serve copies of this Order , by United States mail, upon the parties appearing in this cause.

Date: _____     _____
                                   U.S. NINTH CIRCUIT JUSTICE

DECLARATION OF **Service**

I, **JAMES MORRIS JACKSON**, declare:

1. I am the ☒ petitioner/*plaintiff* ☐ respondent/*defendant* in the within cause of action, and in support my application to proceed in this matter without prepayment of fees pursuant to *Cal. Rules of Court*, rule 985, and *Govt. Code* section 68511.3, I declare and incorporate by reference each and every statement following each box(es) which has been marked:

☒ I am an inmate who is incarcerated in state prison located at: **SACRAMENTO STATE PRISON P.O Box 290066 Represa CA, 95671 MINSE**

☐ The balance of my inmate trust account is approximately $ **-0-**, and my monthly earnings each month is approximately $ **-0-**. Additionally, I do not own any other assets or personal property of any value.

2. Accordingly, I am without the financial means to pay the court's filing fee and/or costs at this time.

I, **JAMES MORRIS JACKSON** declare under penalty of perjury under the laws of the state of California that the above is true and correct and of my own personal knowledge. Executed this **8** day of **New Folsom**, at **SACRAMENTO**, California.

*James Morris Jackson*
DECLARANT, *In Propria Persona*

----PRISON CERTIFICATE---
(INCARCERATED APPLICANT ONLY)
(To Be Completed By The Institution Of Incarceration)

I certify that the applicant, **JAMES MORRIS JACKSON** (CDC# **P-23919**), has the sum of $ **-0-** on account at CALIPATRIA STATE PRISON.

I further certify that said applicant has the following securities **-0-** to his credit according to the records of the aforementioned institution, and that during the past six-months said applicant's average monthly inmate trust account balance was $ **-0-**, and the average monthly deposits to said applicant's account was $ **-0-**.

ALL PRISONERS MUST ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR A SIX-MONTH PERIOD

_____          _____
DATE                            SIGNATURE OF AUTHORIZED OFFICER OF THE PRISON

                                _____
                                OFFICER'S FULL NAME (PRINTED)

                                _____
                                OFFICER'S TITLE/RANK

ATTACHMENT 12
(In Forma Pauperis)

(Rev. 01/03)                                                    Page two (a)

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF STATE PRISON SACRAMENTO
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 27, 2007

ACCOUNT NUMBER : P23919                    BED/CELL NUMBER: FA7 2 00000022L
ACCOUNT NAME   : JACKSON, JAMES MORRIS     ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                           TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------    ---------  --------   -----------   -------

01/01/2007    BEGINNING BALANCE                                                 0.00

07/20   D320  TRUST FUNDS  T MR4725/LAC              0.14                       0.14


                         CURRENT HOLDS IN EFFECT

   DATE       HOLD
  PLACED      CODE      DESCRIPTION           COMMENT        HOLD AMOUNT
 ----------   ----    ---------------        ---------       -----------
 07/18/2007   H118    LEGAL COPIES HOLD      700141 SUP           0.80

                          TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
 ---------     --------     -----------    -------      -------      ------------
    0.00         0.14          0.00          0.14         0.80           0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ---------
                                                                         0.66-
```

```
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF STATE PRISON SACRAMENTO
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY  01, 2007 THRU AUG. 13, 2007

ACCOUNT NUMBER  : P23919                   BED/CELL NUMBER: FA7 2 00000022L
ACCOUNT NAME    : JACKSON, JAMES MORRIS        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------     -------      ---------   --------    -----------    -------

05/01/2007      BEGINNING BALANCE                                                      0.0

07/20 D320  TRUST FUNDS T  MR4725/LAC                     0.14                         0.1
08/01*DD30  CASH DEPOSIT   MR4777/ROC                    22.50                        22.6
08/07 FC01  DRAW-FAC 1     ADSG700337                                 20.00            2.6


                          CURRENT HOLDS IN EFFECT

    DATE         HOLD
   PLACED        CODE          DESCRIPTION                 COMMENT         HOLD AMOUNT
  ---------      ----   --------------------------        ---------        -----------

  07/18/2007     H118   LEGAL COPIES HOLD                 700141 SUP            0.80
  08/09/2007     H114   COPAY FEE, MED.                   700368CPAY            5.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/98                        CASE NUMBER: SCD136393
COUNTY CODE: SD                                 FINE AMOUNT: $   2,000.0

   DATE        TRANS.    DESCRIPTION                      TRANS. AMT.       BALANCE
 --------      ------    -----------                      -----------       -------

 05/01/2007    BEGINNING BALANCE                                            1,271.4

 08/01/07      DR30    REST DED-CASH DEPOSIT                  25.00-        1,246.4

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL         TOTAL          CURRENT        HOLDS       TRANSACTION
    BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO BE POSTE
   ---------     ---------     -----------     ---------     ---------     -----------

      0.00         22.64          20.00           2.64          5.80           0.0


                                                                             CURRENT
                                                                            AVAILABLE
                                                                             BALANCE
                                                                            ---------
                                                                               3.
```

```
REPORT ID: TS3030   701                                         REPORT DATE: 09/14/07
                                                                PAGE NO:  1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 14, 2007

ACCOUNT NUMBER  : P23919                      BED/CELL NUMBER: FB8 1 00000020L
ACCOUNT NAME    : JACKSON, JAMES MORRIS       ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  -----------    -----------   ---------   --------    -----------    -------

03/01/2007   BEGINNING BALANCE                                                      0.00

07/20  D320  TRUST FUNDS T  MR4725/LAC                   0.14                       0.14
08/01*DD30   CASH DEPOSIT   MR4777/ROC                  22.50                      22.64
08/07  FC01  DRAW-FAC 1     ADSG700337                              20.00           2.64
08/14  W536  COPAY CHARGE   700418CPAY                                1.84          0.80
09/11*DD30   CASH DEPOSIT   MR4980/ROC                  13.50                      14.30
09/11  FC02  DRAW-FAC 2     BFAC700701                               5.34           8.96
09/14  W536  COPAY CHARGE   700741CPAY                                3.16          5.80
09/14  W516  LEGAL COPY CH  700746 SUP                                0.80          5.00


                              CURRENT HOLDS IN EFFECT

   DATE       HOLD
  PLACED      CODE             DESCRIPTION              COMMENT        HOLD AMOUNT
----------    ----    --------------------------------  ----------    -----------

09/07/2007    H114    COPAY FEE, MED.                   700658CPAY          5.00


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/98                           CASE NUMBER: SCD1363
COUNTY CODE: SD                                    FINE AMOUNT: $   2,0

   DATE        TRANS.   DESCRIPTION                    TRANS. AMT.      BALA
----------     ------   ----------------------------   -----------      ----

03/01/2007     BEGINNING BALANCE                                        1,271.48

08/01/07       DR30     REST DED-CASH DEPOSIT              25.00-       1,246.48
09/11/07       DR30     REST DED-CASH DEPOSIT              15.00-       1,231.48
```

```
                          CALIF STATE PRISON SACRAMENTO
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 14, 2007

ACCT: P23919         ACCT NAME: JACKSON, JAMES MORRIS          ACCT TYPE: I

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                               TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL          TOTAL         CURRENT         HOLDS        TRANSACTIONS
 BALANCE        DEPOSITS      WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED
---------     -----------   -------------   -----------   -----------   ---------------

   0.00          36.14          31.14          5.00          5.00             0.00
---------     -----------   -------------   -----------   -----------   ---------------
---------     -----------   -------------   -----------   -----------   ---------------

                                                                           CURRENT
                                                                          AVAILABLE
                                                                           BALANCE
                                                                       ---------------
                                                                            0.00
                                                                       ---------------
                                                                       ---------------
```

```
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF STATE PRISON SACRAMENTO
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: APR. 01, 2007 THRU OCT. 04, 2007
```

ACCOUNT NUMBER : P23919　　　　　　　　BED/CELL NUMBER: FB8 1 00000020L
ACCOUNT NAME   : JACKSON, JAMES MORRIS　ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 04/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 07/20 | D320 | TRUST FUNDS T | MR4725/LAC | | 0.14 | | 0.14 |
| 08/01*| DD30 | CASH DEPOSIT | MR4777/ROC | | 22.50 | | 22.64 |
| 08/07 | FC01 | DRAW-FAC 1 | ADSG700337 | | | 20.00 | 2.64 |
| 08/14 | W536 | COPAY CHARGE | 700418CPAY | | | 1.84 | 0.80 |
| 09/11*| DD30 | CASH DEPOSIT | MR4980/ROC | | 13.50 | | 14.30 |
| 09/11 | FC02 | DRAW-FAC 2 | BFAC700701 | | | 5.34 | 8.96 |
| 09/14 | W536 | COPAY CHARGE | 700741CPAY | | | 3.16 | 5.80 |
| 09/14 | W516 | LEGAL COPY CH | 700746 SUP | | | 0.80 | 5.00 |
| 09/19 | W536 | COPAY CHARGE | 700786CPAY | | | 5.00 | 0.00 |
| 09/21*| DD30 | CASH DEPOSIT | MR5031/ROC | | 9.00 | | 9.00 |
| 10/04*| DD30 | CASH DEPOSIT | MR5077/ROC | | 18.00 | | 27.00 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/98　　　　　　　CASE NUMBER: SCD136393
COUNTY CODE: SD　　　　　　　　　　　　FINE AMOUNT: $ 2,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 04/01/2007 | | BEGINNING BALANCE | | 1,271.48 |
| 08/01/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 1,246.48 |
| 09/11/07 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 1,231.48 |
| 09/21/07 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 1,221.48 |
| 10/04/07 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 1,201.48 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.           \*

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU OCT. 04, 2007

ACCT: P23919     ACCT NAME: JACKSON, JAMES MORRIS     ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 63.14 | 36.14 | 27.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 27.00 |

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIF STATE PRISON SACRAMENTO
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUN. 01, 2007 THRU OCT. 17, 2007

ACCOUNT NUMBER : P23919                   BED/CELL NUMBER: FB8 1 00000020L
ACCOUNT NAME   : JACKSON, JAMES MORRIS       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
------ ----  -----------    -------      ---------  --------   -----------   -------

06/01/2007   BEGINNING BALANCE                                                  0.00

07/20 D320  TRUST FUNDS T  MR4725/LAC                0.14                       0.14
08/01*DD30  CASH DEPOSIT   MR4777/ROC                22.50                     22.64
08/07 FC01  DRAW-FAC 1     ADSG700337                            20.00          2.64
08/14 W536  COPAY CHARGE   700418CPAY                             1.84          0.80
09/11*DD30  CASH DEPOSIT   MR4980/ROC                13.50                     14.30
09/11 FC02  DRAW-FAC 2     BFAC700701                             5.34          8.96
09/14 W536  COPAY CHARGE   700741CPAY                             3.16          5.80
09/14 W516  LEGAL COPY CH  700746 SUP                             0.80          5.00
09/19 W536  COPAY CHARGE   700786CPAY                             5.00          0.00
09/21*DD30  CASH DEPOSIT   MR5031/ROC                 9.00                      9.00
10/04*DD30  CASH DEPOSIT   MR5077/ROC                18.00                     27.00
10/05 W516  LEGAL COPY CH  700961COPY                             0.80         26.20
10/05 W516  LEGAL COPY CH  700961 SUP                             0.30         25.90
10/09 FR01  CANTEEN RETUR  700962                                 0.04-        25.94
10/09 FC02  DRAW-FAC 2     BFAC700971                            25.94          0.00


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/98                  CASE NUMBER: SCD136393
COUNTY CODE: SD                           FINE AMOUNT: $   2,000.00

    DATE       TRANS.    DESCRIPTION                 TRANS. AMT.      BALANCE
  --------     ------    -----------                 -----------      -------

  06/01/2007    BEGINNING BALANCE                                    1,271.48

  08/01/07     DR30      REST DED-CASH DEPOSIT         25.00-        1,246.48
  09/11/07     DR30      REST DED-CASH DEPOSIT         15.00-        1,231.48
  09/21/07     DR30      REST DED-CASH DEPOSIT         10.00-        1,221.48
  10/04/07     DR30      REST DED-CASH DEPOSIT         20.00-        1,201.48
```

CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU OCT. 17, 2007

ACCT: P23919        ACCT NAME: JACKSON, JAMES MORRIS        ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 63.14 | 63.14 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MEDICAL FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2008 THRU JUL. 12, 2008

ACCOUNT NUMBER : P23919                    BED/CELL NUMBER: MIQ300000000329S
ACCOUNT NAME   : JACKSON, JAMES MORRIS         ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/98                   CASE NUMBER: SCD136393
COUNTY CODE: SD                            FINE AMOUNT: $   2,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 04/01/2008 | | BEGINNING BALANCE | | 1,841.38 |
| 06/02/08 | SU01 | SYS TRNSF - POS | 498.90- | 1,342.48 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

# PROOF OF SERVICE
(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _JAMES MORRIS JACKSON_ am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_New Folsom_
_Sacramento_
_P.O. Box 290066_
_Represa CA, 9567_

On, _____ _2008_, I served the following documents: _CDC # Prison No P-23919_ _____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Southern District Court_
2. _Clerk of U.S. District Court Room 4290_
_880 Front Street_
_San Diego CA, 92101-8900_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _August_ day of _10_, _2008_, at California State Prison at Sacramento, Represa, California.

(Signature) _James Morris Jackson_
Declarant