James Morris Jackson, P-23919
B-8-213
California State Prison – Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

FILED

2008 AUG 19 PM 3: 06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**NUNC PRO TUNC**
AUG 18 2008

August 13, 2008

I am an inmate currently housed at California State Prison – Sacramento

I have a case pending in your court. I do not know the case number yet because I just mailed the papers to the Southern District Court last Sunday August 10, 2008.

I claim to have a disability covered under the Americans with Disabilities Act. This disability makes it hard for me to read, write and understand material regarding my case. I ask the Court to provide me with appointed counsel so I can proceed with my case.

Respectfully,

*James Morris Jackson*
James Morris Jackson, P-23919

This inmate was assisted in writing this letter by Lloyd Warble, Library Technical Assistant. This assistance was given to satisfy obligations of the California Department of Corrections and Rehabilitation and under the terms of two court ordered remedial plans. Armstrong v. Schwarzenegger and Clark v. California are federal civil rights actions brought pursuant to the Americans with Disabilities Act (ADA). Under the terms of the remedial plans, the Department of Corrections and Rehabilitation is obligated to advise the court that the above inmate is claiming a disability and is requesting a reasonable accommodation under the ADA. This letter satisfies the Department's obligation. The above inmate may be unable to effectively communicate with the court or fully prosecute this action due to his claimed disability.

INMATE'S CLAIMED DISABILITY: Low cognitive function. Housed in Enhanced Outpatient Program (EOP). Schizophrenia and Bipolar Disorder.

INMATE'S REQUESTED ACCOMODATION: Assignment of Counsel.

*Lloyd Warble*
Lloyd Warble, Library Technical Assistant

Cc:  Medical Case Records
     C-File
     Library File

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, James Morris Jackson, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CDC# P-23919

On, Aug 13, 2008, I served the following documents:

Sacramento State Prison
P.O Box 290066
Represa CA, 95671-0066

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Clerk of the Court
United States District Court
Southern District of California
880 Front Street Room 4290
San Diego CA, 92101-8900

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 8-13 day of 2008, _____, at California State Prison - Sacramento, Represa, California.

(Signature) James Morris Jackson