# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORRISON JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN E. KNIGHT, <br><br> Defendant. | Case No.: 3:08-cv-1484-H-BLM <br><br> **ORDER DENYING MOTION FOR RELEASE** <br><br> [Doc. No. 54] |

The Court dismissed this case with prejudice on October 29, 2008. (Doc. No. 9.) On January 20, 2010, the Ninth Circuit dismissed Plaintiff's appeal. (Doc. No. 39.) On July 12, 2018, Plaintiff filed a document entitled "Motion for Release," wherein Plaintiff asks the Court to order Plaintiff released from the custody of the Los Angeles County Sheriff's Department. The document contains no reasoning in support of the requested relief.

The Court denies the motion. The sole vehicle for a state prisoner to seek release from custody is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. See, e.g., Wilkinson v. Dotson, 544 U.S. 74, 81 (2005). This long-closed action under 42 U.S.C. § 1983 may not be used to challenge the legality of Plaintiff's confinement.

**IT IS SO ORDERED.**

DATED: July 16, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT